**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON,

     Plaintiff,

v.                               Case No: 8:13-cv-73-T-30EAJ

MICHAEL BOYER, SR. and TOWER
PRIME INSURANCE COMPANY,

     Defendants.

_____

**ORDER OF DISMISSAL**

     Before the Court is the Joint Motion to Dismiss With Prejudice (Dkt. #28).   Upon review and consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1.     The Joint Motion to Dismiss With Prejudice (Dkt. #28) is GRANTED.

     2.     This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

     3.     All pending motions are denied as moot.

     4.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida, this 2nd day of January, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record